OXENDINE v. BOWERS

 No. 7P91

 Case below: 100 N.C.App. 712

 Petition by defendant (Sarah Bowers) for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

PALMER v. N.C. DEPT. OF CRIME
 CONTROL & PUBLIC SAFETY

 No. 98P91

 Case below: 101 N.C.App. 572

 Petition by defendant for temporary stay allowed 25 February 1991 pending timely filing of a petition for discretionary review.

PENLEY v. PENLEY

 No. 35P91

 Case below: 101 N.C.App. 225

 Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991. Motion by defendant for sanctions denied 7 March 1991.

PFOUTS v. THE VILLAGE BANK

 No. 56P91

 Case below: 98 N.C.App. 154

 Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 7 March 1991.

ROGERS v. T.J.X. COMPANIES

 No. 32A91

 Case below: 101 N.C.App. 99

 Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.